**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER M. SILBAUGH,

Plaintiff,

v.

ANDREW SAUL,
*Commissioner of Social Security*,

Defendant.

No. 4:19-CV-01394

(Judge Brann)

(Magistrate Judge Arbuckle)

# ORDER

**AUGUST 25, 2020**

Christopher M. Silbaugh filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Silbaugh's claim for social security disability benefits.[1] On July 31, 2020, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision and close this case.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

1 Docs. 1, 9.

2 Doc. 12.

3 Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no clear error in Magistrate Judge Arbuckle's conclusion that the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate William I. Arbuckle's Report and Recommendation (Doc. 12) is **ADOPTED**;
2. The Commissioner's decision is **AFFIRMED**;
3. Final Judgment is entered in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.